Steven J. Boranian (SBN 174183)
Email:    sjboranian@reedsmith.com
Lynn A. Combs (SBN 253774)
Email:    lcombs@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
Biomet, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM J. BROWN, JR., | Case No. 3:14-cv-02997-RS |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |
| v. | The Honorable Richard Seeborg |
| BIOMET, INC., a foreign corporation doing business in California; DOE BUSINESS ENTITIES 1-10; and DOE INDIVIDUALS 1-10, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff William J. Brown ("Plaintiff") and

Defendant Biomet, Inc. ("Defendant"), through their respective counsel of record, that the above-

captioned action be and hereby is, dismissed in its entirety with prejudice pursuant to Federal Rule

of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own costs and fees.

IT IS SO STIPULATED.


DATED:  November 19, 2015                      McHUGH & McHUGH, LLP

                                               By:  _/s/ Steven J. McHugh_____
                                                    Steven J. McHugh
                                                    Attorneys for Plaintiff

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

[signatures continued from previous page]

DATED:  November 19, 2015                    REED SMITH LLP

                                             By:  _/s/ Lynn A. Combs_____
                                                   Lynn A. Combs
                                                   Attorneys for Defendant Biomet, Inc.



        PURSUANT TO STIPULATION, IT IS SO ORDERED.



        DATED:  November 19, 2015

                                             _____
                                             HONORABLE RICHARD SEEBORG
                                             United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware